IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF WISCONSIN

THOMAS E. SANDERS,

    Plaintiff,

v.

JOSEPH E. BENDERS, JR. et al.,

    Defendants.

ORDER

Case No. 23-cv-589-jdp

Plaintiff Thomas Sanders has filed a motion for an order to access his release account to pay the initial partial filing fee. Plaintiff writes that the funds in his regular inmate account are inadequate to cover the payment. As this court ruled in *Carter v. Bennett*, 05-cv-524-bbc, dkt. 5 at 2 (2005), "if a petitioner does not have sufficient funds in his regular account to pay the full amount of the initial partial payment, then prison officials will draw funds first from the prisoner's regular account and any portion of the initial partial payment remaining from the prisoner's release account." The court today will likewise order prison officials to use funds in Sanders' release account to pay any portion of the initial partial payment that remains after first drawing funds from his regular inmate account. The deadline for plaintiff to pay the initial partial payment is extended to September 29, 2023.

Entered this 1st day of September, 2023.

BY THE COURT:

/s/
_____
ANDREW WISEMAN
Magistrate Judge

1